**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00318-REB-BNB

SUZANNE SHELL,

    Plaintiff,

v.

JOLENE DEVRIES,
ANNA HALL OWEN, and
UNKNOWN DEFENDANT DOE,

    Defendants.

---

## MINUTE ORDER[1]

---

    Plaintiff's Motion for Extension of Time [#12] filed June 5, 2006, is DENIED because plaintiff has not shown that her tardy filing was the result of excusable neglect, as required by Fed.R.Civ.P. 6(b).

    IT IS FURTHER ORDERED that the tendered response to the defendant's motion to dismiss (tendered as an attachment to [#12]) is STRICKEN because the response does not comply with the page limitations in REB Civ. Practice Standard V.A., and the plaintiff has not sought an extension of those page limitations.

Dated: June 14, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.