IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00318-REB-BNB

SUZANNE SHELL,

Plaintiff,

v.

JOLENE DEVRIES,
ANNA HALL OWEN, and
UNKNOWN DEFENDANT DOE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Order Granting Motion to Dismiss** [docket no. 16, filed October 19, 2006] (the "Motion").

      IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  December 15, 2006