**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00318-REB-BNB

SUZANNE SHELL,

    Plaintiff,

v.

JOLENE DEVRIES,
ANNA HALL OWEN, and
UNKNOWN DEFENDANT DOE,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on: 1) the defendants' **Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) and for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505**; and 2) the **Recommendation of the United States Magistrate Judge** [#19], filed December 15, 2006.  The Magistrate Judge recommends that the motion to dismiss be granted.  The plaintiff filed an objection to the recommendation [#21] on December 28, 2006, and the defendants filed a response to the plaintiff's objection [#22] on January 8, 2006.  I have reviewed each of these filings, as well as the balance of the record in this case.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law.  In addition, because the

plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  Plaintiff's objection is without merit. The recommendation is detailed and well-reasoned.  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the recommendation of Magistrate Judge Boland [#19], filed December 15, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the defendants' **Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) and for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505**; is **GRANTED**;

3. That the plaintiff's first claim for relief is **DISMISSED** under FED. R. CIV. P. 12(b)(6) for failure to state a claim on which relief can be granted;

4. That under 28 U.S.C. § 1367(c)(3), the court **DECLINES** to exercise supplemental jurisdiction over the plaintiff's second and third claims for relief, both of which are claims under state law; and

5. That this case is **DISMISSED**.

Dated January 30, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**