**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00318-REB-BNB

SUZANNE SHELL,

    Plaintiff,

v.

JOLENE DEVRIES,
ANNA HALL OWEN, and
UNKNOWN DEFENDANT DOE,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiff's Motion To Strike Defendants' Response** [#33], filed March 6, 2007. The motion is **DENIED**.

    Dated: January 15, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.